## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KISCHENNA COLEY,                    *

      Plaintiff,                    *

v.                                  *    Civil Action No. 8:24-cv-3485 _____

STATE OF MARYLAND, *et al.*,        *

      Defendants.                   *

    *    *    *    *    *    *    *

## NOTICE OF REMOVAL

Defendants, State of Maryland and Maryland Correctional Enterprises (collectively "Defendants"), by their attorneys, Anthony G. Brown, Attorney General of Maryland, and Sharon E. Conners, Assistant Attorney General, pursuant to 28 U.S.C. §1446(a), hereby give notice of the removal to this Court of the cause of action entitled *Kischenna Coley v. State of Maryland, et al.,* Circuit Court for Anne Arundel County, Maryland, No. C-02-CV-24-002373, and in support thereof state the following:

1.    The above-entitled matter is a civil action brought by Kischenna Coley. In her complaint, Ms. Coley alleges that she is a Native American and Black mixed race individual, who suffers from a disability. Compl. ¶ 10. She claims that she began working for Defendants in 2017, and currently holds the position of Soft Goods Supervisor, and the ranking of Corporal. Compl. ¶ 13. Plaintiff further claims that she was subjected to a hostile work environment beginning in April 2019, and that she suffered adverse employment consequences as a result of her race and disability. *See e.g.* Compl. She further claims she was denied reasonable accommodations for her disability, and suffered retaliation for

engaging in protected activities. *Id.* The complaint seeks damages in excess of Seventy-Five Thousand Dollars, prejudgment and post-judgment interest, and attorney's fees. In addition to Plaintiff's claims brought under Maryland law, Plaintiff claims violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e, *et. seq.*, alleging claims of race and color discrimination, retaliation, and hostile work environment.

2.      The removing parties, State of Maryland and Maryland Correctional Enterprises, are named defendants in the above-entitled action.

3.      On September 18, 2024, the above-entitled action (hereinafter, the "State court action") was commenced against the removing parties in the Circuit Court for Anne Arundel County, Maryland, and is now pending therein. *See* September 18, 2024, Complaint, attached as <u>Exhibit 1</u>.

4.      Service was accepted for Defendant State of Maryland and Maryland Correctional Enterprises in the State court action on October 31, 2024.  Copies of the Complaint and summons served on State of Maryland and Maryland Correctional Enterprises are attached hereto as <u>Exhibit 2</u>.  Other than the filing of the complaint, the issuance of the summonses, the service of the summons and complaint on State of Maryland and Maryland Correctional Enterprises, no proceedings have taken place in the Circuit Court for Anne Arundel County in the State court action as of the filing of this notice of removal.[1]

---

[1] Attached hereto as Exhibit 3 is a copy of the Notice of Filing Notice of Removal that will be filed in the Circuit Court for Anne Arundel County by Defendants.

5.      This Court has original jurisdiction under 28 U.S.C. §1331 and §1343 and the State court action may therefore be removed to this Court under 28 U.S.C. §1441(a). This Court has supplemental jurisdiction of the state law claims asserted in the complaint under 28 U.S.C. §1367(a).

6.      By removal, Defendants do not waive any right to assert, or the protection of, any available constitutional, statutory, common law, or other provision that does, might, or could limit the Court's jurisdiction of the allegations of the Plaintiff's complaint or any proposed amendment thereto, including allegations of entitlement to relief thereunder.

7.      Copies of the complaint and the writ of summons directed toward State of Maryland and Maryland Correctional Enterprises in the above-entitled action are attached hereto as Exhibits 1 and 2 pursuant to Local Rule 103.5.

8.      This notice is filed with this Court within 30 days after receipt of the summons and complaint directed to the removing parties in the above-entitled action.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Sharon E. Conners
SHARON E. CONNERS
Bar No. 30166
Assistant Attorney General
Department of Public Safety and
Correctional Services
6776 Reisterstown Road, Suite 313
Baltimore, Maryland 21215
Tel: (443) 240-7446
Fax: (410) 484-5939
Email: Sharon.conners@maryland.gov
*Attorneys for Defendants*

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 2nd day of December, 2024, a copy of the foregoing Notice of Removal was served on counsel of record by electronic means.

        */s/ Sharon E. Conners*
SHARON E. CONNERS
Assistant Attorney General